UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| In Re: BRETT CLIFTON SHUMATE and | ) | Case No.09-11678 |
|---|---|---|
| SUSAN LEIGH SHUMATE, Debtors. | ) | Chapter 17 |

DEBTORS' MONTHLY COMMISSIONS STATEMENTS

COME NOW the Debtors, by and through their attorney, and submit Monthly Commission Statements which were inadvertently not include with Schedule I of the Debtors' petition.

Dated this 31st day of March, 2009.

/s/ James E. McCright

JAMES E. McCRIGHT OBA #10393
3721 N Classen Blvd
Oklahoma City, OK 73118
(405) 524-6789
Attorney for Debtor

BRETT SHUMATE (Mobile Phone Sales)

| Month | Business Receipts | Wages Paid | Fixed Overhead | Net Profit or Loss |
|---|---|---|---|---|
| Sep 08 | $16,886.25 | $7,000.00 | $7,526.75 | $2,359.50 |
| Oct 08 | 10,483.00 | 4,000.00 | 7,526.75 | -1,043.75 |
| Nov 08 | 12,633.50 | 6,070.00 | 7,526.75 | - 963.25 |
| Dec 08 | 13,132.00 | 4,040.00 | 7,526.75 | 1,565.25 |
| Jan 09 | 11,712.25 | 4,500.00 | 7,526.75 | -314.50 |
| Feb 09 | 11,402.25 | 4,350.00 | 7,526.75 | -475.50 |

Utilize monthly consolidated commission statements. Add miscellaneous adjustments (mid-month draw) and current balance due (end-of-month reconciliation). From this figure subtract actual wages paid by the month and deduct fixed overhead expenses (1/12 of Schedule C, Line 28) after subtracting Line 11 – Contract Labor. In April 2008 commission sales were cut between 30-40%.

Over the past five years the Debtors' gross commissions dropped from over $700,000 to $432,228 in 2006, to $401,284 in 2007, and to $225,504 in 2008. Debtors have had a sharp decreased in commissions paid to salespeople, but their fixed overhead costs have not dropped significantly.

When the company cut the sales agents' commissions to keep the company profitable, this affected the Debtors' sales force, which has further spiraled matters downward.

**Finalized**
**ROBERT SHUMATE DBA FREEDOM WIRELESS (0000034647)**
**Aug-08**
**226632**
**Monthly Consolidated Commissions Statement**

paid in Sep 2008

CSV

Previous Balance
$0.00

**Commission Detail**

MRC Standard Commission
$540.00

Volume Incentive Commission
$0.00

CDMA Commission Bonus
$0.00

Add-A-Phone Commission
$0.00

Sales Activation Fulfillment Commission
$0.00

Exclusive / Plus One Commission Bonus
$665.00

Voice SPIF
$0.00

**Voice Sub Total**
$1,205.00

Price Plan Upgrade Commissions
$710.00

Price Plan Downgrade Commissions
($405.00)

**Voice Total**
**$1,510.00**

Data Service Commissions
$136.97

Features and Add-On Services Commission
$7.00

Data, Features and Add-On Services SPIF
$0.00

**Data, Features and Add-On Services Total**
$143.97

CSA Award Amount
$4,879.25

CSA Chargeback
($115.25)

Residual Commission
$0.00

Accessory Commission
$0.00

Data Device Commission
$0.00

License Commission
$0.00

**Sub Total**

**$6,417.97**

**Equipment Detail**

Equipment Upgrade Commission

$5,545.00

Equipment Upgrade IAI

$0.00

Equipment Activation Instant Activation Incentive

$0.00

Equipment Overlay

$0.00

**Sub Total**

**$5,545.00**

**Boost Detail**

Boost Sales Activation Commission

$0.00

**Sub Total**

**$0.00**

**Adjustment Detail**

Fraud Chargeback

$0.00

Brightpoint Recovery / AR Settlement

$0.00

Misc. Adjustments

($4,198.00) –

**Total Credits**

**$7,764.97**

**Current Balance Due**

**$7,764.97** –

**Payment Information**

Interim Payments

$0.00

Final Payments

$0.00

**Total Payments**

**$0.00**

**Final Balance**

**$0.00**

**Voice Unit Detail**

Voice Activations

55

Voice Same Month Deactivations

-9

Voice Activations Gross

46

Voice Deactivations

-36

Voice Same Month Activations

9

Voice Deactivations Gross

-27

Voice Net Units

19

**Finalized**
**ROBERT SHUMATE DBA FREEDOM WIRELESS (0000034647)**
**Sep-08**
**226632**
**Monthly Consolidated Commissions Statement**


Previous Balance
$0.00

**Commission Detail**

MRC Standard Commission
$6,095.00
Volume Incentive Commission
$0.00
CDMA Commission Bonus
$0.00
Add-A-Phone Commission
$0.00
Sales Activation Fulfillment Commission
$0.00
Exclusive / Plus One Commission Bonus
$1,610.00
Voice SPIF
$0.00

**Voice Sub Total**
$7,705.00

Price Plan Upgrade Commissions
$110.00
Price Plan Downgrade Commissions
$0.00

**Voice Total**
**$7,815.00**

Data Service Commissions
$32.00
Features and Add-On Services Commission
$169.00
Data, Features and Add-On Services SPIF
$0.00

**Data, Features and Add-On Services Total**
$201.00

CSA Award Amount
$4,901.25
CSA Chargeback
($11.00)
Residual Commission
$0.00
Accessory Commission
$0.00
Data Device Commission
$0.00
License Commission
$0.00

**Sub Total**

**$12,906.25**

**Equipment Detail**

Equipment Upgrade Commission

$3,980.00

Equipment Upgrade IAI

$0.00

Equipment Activation Instant Activation Incentive

$0.00

Equipment Overlay

$0.00

**Sub Total**

**$3,980.00**

**Boost Detail**

Boost Sales Activation Commission

$0.00

**Sub Total**

**$0.00**

**Adjustment Detail**

Fraud Chargeback

$0.00

Brightpoint Recovery / AR Settlement

$0.00

Misc. Adjustments

($997.50)

**Total Credits**

**$15,888.75**

**Current Balance Due**

**$15,888.75**

**Payment Information**

Interim Payments

$0.00

Final Payments

$0.00

**Total Payments**

**$0.00**

**Final Balance**

**$0.00**

**Voice Unit Detail**

Voice Activations

61

Voice Same Month Deactivations

-12

Voice Activations Gross

49

Voice Deactivations

-15

Voice Same Month Activations

12

Voice Deactivations Gross

-3

Voice Net Units

46

**Summary**

Avg Voice Net Comm per Net Unit

$167.50

Total Net Comm per Net Unit

$169.89

**Finalized**
**ROBERT SHUMATE DBA FREEDOM WIRELESS (0000034647)**
**Oct-08**
**226632**
**Monthly Consolidated Commissions Statement**




Previous Balance
$0.00

**Commission Detail**

MRC Standard Commission
$2,345.00

Volume Incentive Commission
$0.00

CDMA Commission Bonus
$0.00

Add-A-Phone Commission
$0.00

Sales Activation Fulfillment Commission
$0.00

Exclusive / Plus One Commission Bonus
$700.00

Voice SPIF
$0.00

**Voice Sub Total**
$3,045.00

Price Plan Upgrade Commissions
$65.00

Price Plan Downgrade Commissions
($105.00)

**Voice Total**
**$3,005.00**

Data Service Commissions
$487.00

Features and Add-On Services Commission
($4.00)

Data, Features and Add-On Services SPIF
$0.00

**Data, Features and Add-On Services Total**
$483.00

CSA Award Amount
$4,827.00

CSA Chargeback
($17.00)

Residual Commission
$0.00

Accessory Commission
$0.00

Data Device Commission
$0.00

License Commission
$0.00

**Sub Total**

**$8,298.00**

**Equipment Detail**

Equipment Upgrade Commission

$2,185.00

Equipment Upgrade IAI

$0.00

Equipment Activation Instant Activation Incentive

$0.00

Equipment Overlay

$0.00

**Sub Total**

**$2,185.00**

**Boost Detail**

Boost Sales Activation Commission

$0.00

**Sub Total**

**$0.00**

**Adjustment Detail**

Fraud Chargeback

$0.00

Brightpoint Recovery / AR Settlement

$0.00

Misc. Adjustments

($3,090.20)

**Total Credits**

**$7,392.80**

**Current Balance Due**

**$7,392.80**

**Payment Information**

Interim Payments

$0.00

Final Payments

$0.00

**Total Payments**

**$0.00**

**Final Balance**

**$0.00**

**Voice Unit Detail**

Voice Activations

40

Voice Deactivations

-20

Voice Net Units

20

**Summary**

Avg Voice Net Comm per Net Unit

$152.25

Total Net Comm per Net Unit

$150.25

CSA Commission per Eligible Unit

$2.69

**WIRELESS (0000034647)**
**Nov-08**
**226632**
**Monthly Consolidated Commissions Statement**


Previous Balance
$0.00

**Commission Detail**

MRC Standard Commission
$3,330.00

Volume Incentive Commission
$0.00

CDMA Commission Bonus
$0.00

Add-A-Phone Commission
$0.00

Sales Activation Fulfillment Commission
$0.00

Exclusive / Plus One Commission Bonus
$805.00

Voice SPIF
$0.00

**Voice Sub Total**
$4,135.00

Price Plan Upgrade Commissions
$175.00

Price Plan Downgrade Commissions
($285.00)

**Voice Total**
**$4,025.00**

Data Service Commissions
$83.00

Features and Add-On Services Commission
$28.00

Data, Features and Add-On Services SPIF
$0.00

**Data, Features and Add-On Services Total**
$111.00

CSA Award Amount
$4,844.50

CSA Chargeback
($27.00)

Residual Commission
$0.00

Accessory Commission
$0.00

Data Device Commission
$0.00

License Commission
$0.00

**Sub Total**
**$8,953.50**

**Equipment Detail**

Equipment Upgrade Commission

$3,680.00

Equipment Upgrade IAI

$0.00

Equipment Activation Instant Activation Incentive

$0.00

Equipment Overlay

$0.00

**Sub Total**

**$3,680.00**

**Boost Detail**

Boost Sales Activation Commission

$0.00

**Sub Total**

**$0.00**

**Adjustment Detail**

Fraud Chargeback

$0.00

Brightpoint Recovery / AR Settlement

$0.00

Misc. Adjustments

($2,720.00)

**Total Credits**

**$9,913.50**

**Current Balance Due**

**$9,913.50**

**Payment Information**

Interim Payments

$0.00

Final Payments

$0.00

**Total Payments**

**$0.00**

**Final Balance**

**$0.00**

**Voice Unit Detail**

Voice Activations

35

Voice Deactivations

-12

Voice Net Units

23

**ROBERT SHUMATE DBA FREEDOM WIRELESS (0000034647)**

**Dec-08**

**226632**

**Monthly Consolidated Commissions Statement**



Previous Balance
$0.00

**Commission Detail**

MRC Standard Commission
$4,730.00

Volume Incentive Commission
$0.00

CDMA Commission Bonus
$0.00

Add-A-Phone Commission
$0.00

Sales Activation Fulfillment Commission
$0.00

Exclusive / Plus One Commission Bonus
$1,260.00

Voice SPIF
$0.00

**Voice Sub Total**
$5,990.00

Price Plan Upgrade Commissions
$315.00

Price Plan Downgrade Commissions
($325.00)

**Voice Total**
**$5,980.00**

Data Service Commissions
$113.00

Features and Add-On Services Commission
$0.00

Data, Features and Add-On Services SPIF
$0.00

**Data, Features and Add-On Services Total**
$113.00

CSA Award Amount
$4,910.00

CSA Chargeback
($16.00)

Residual Commission
$0.00

Accessory Commission
$0.00

Data Device Commission
$0.00

License Commission
$0.00
**Sub Total**
**$10,987.00**
**Equipment Detail**
Equipment Upgrade Commission
$2,145.00
Equipment Upgrade IAI
$0.00
Equipment Activation Instant Activation Incentive
$0.00
Equipment Overlay
$0.00
**Sub Total**
**$2,145.00**
**Boost Detail**
Boost Sales Activation Commission
$0.00
**Sub Total**
**$0.00**
**Adjustment Detail**
Fraud Chargeback
$0.00
Brightpoint Recovery / AR Settlement
$0.00
Misc. Adjustments
($4,252.50)
**Total Credits**
**$8,879.50**
**Current Balance Due**
**$8,879.50**
**Payment Information**
Interim Payments
$0.00
Final Payments
$0.00
**Total Payments**
**$0.00**
**Final Balance**
**$0.00**
**Voice Unit Detail**
Voice Activations
47
Voice Deactivations
-11

**ROBERT SHUMATE DBA FREEDOM WIRELESS (0000034647)**

paid in Feb 09

**Jan-09**

**226632**

**Monthly Consolidated Commissions Statement**



Previous Balance
$0.00

**Commission Detail**

MRC Standard Commission
$2,115.00

Volume Incentive Commission
$0.00

CDMA Commission Bonus
$0.00

Add-A-Phone Commission
$0.00

Sales Activation Fulfillment Commission
$0.00

Exclusive / Plus One Commission Bonus
$385.00

Voice SPIF
$0.00

**Voice Sub Total**
$2,500.00

Price Plan Upgrade Commissions
$20.00

Price Plan Downgrade Commissions
($35.00)

**Voice Total**
**$2,485.00**

Data Service Commissions
$37.00

Features and Add-On Services Commission
$88.00

Data, Features and Add-On Services SPIF
$0.00

**Data, Features and Add-On Services Total**
$125.00

CSA Award Amount
$5,023.25

CSA Chargeback
($21.00)

Residual Commission
$0.00

Accessory Commission
$0.00

Data Device Commission
$0.00

License Commission
$0.00
**Sub Total**
**$7,612.25**
**Equipment Detail**
Equipment Upgrade Commission
$3,790.00
Equipment Upgrade IAI
$0.00
Equipment Activation Instant Activation Incentive
$0.00
Equipment Overlay
$0.00
**Sub Total**
**$3,790.00**
**Boost Detail**
Boost Sales Activation Commission
$0.00
**Sub Total**
**$0.00**
**Adjustment Detail**
Fraud Chargeback
$0.00
Brightpoint Recovery / AR Settlement
$0.00
Misc. Adjustments
($4,067.50)
**Total Credits**
**$7,334.75**
**Current Balance Due**
**$7,334.75**
**Payment Information**
Interim Payments
$0.00
Final Payments
$0.00
**Total Payments**
**$0.00**
**Final Balance**
**$0.00**
**Voice Unit Detail**
Voice Activations
24
Voice Deactivations
-13

**SCHEDULE C (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Profit or Loss From Business

(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.

▶ Attach to Form 1040, 1040NR, or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2006**

Attachment Sequence No. **09**

Name of proprietor: BRETT C SHUMATE

Social security number (SSN): -- 6294

A Principal business or profession, including product or service (see page C-2 of the instructions): PHONE SALES

B Enter code from pages C-8, 9, & 10 ▶ 454390

C Business name. If no separate business name, leave blank.: 7301 NW EXPRESSWAY STE 200

D Employer ID number (EIN), if any

E Business address (including suite or room no.) ▶ 2340 STEEPLE CHASE RD
City, town or post office, state, and ZIP code: OKLAHOMA CITY OK 73132

F Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶

G Did you "materially participate" in the operation of this business during 2006? If "No," see page C-3 for limit on losses . . . [X] Yes [ ] No

H If you started or acquired this business during 2006, check here ▶ [ ]

## Part I Income

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ [ ] | 1 | 432,228 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 432,228 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 432,228 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 432,228 |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| Line | Description | Amount | Line | Description | Amount |
|---|---|---|---|---|---|
| 8 | Advertising | 4,180 | 18 | Office expense | 5,320 |
| 9 | Car and truck expenses (see page C-3) | 23,040 | 19 | Pension and profit-sharing plans | |
| 10 | Commissions and fees | | 20 | Rent or lease (see page C-5): | |
| 11 | Contract labor (see page C-4) | 167,608 | 20a | Vehicles, machinery, and equipment | |
| 12 | Depletion | | 20b | Other business property | 10,200 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 73,469 | 21 | Repairs and maintenance | 9,057 |
| 14 | Employee benefit programs (other than on line 19) | | 22 | Supplies (not included in Part III) | 25,081 |
| 15 | Insurance (other than health) | 2,232 | 23 | Taxes and licenses | 2,090 |
| 16 | Interest: | | 24 | Travel, meals, and entertainment: | |
| 16a | Mortgage (paid to banks, etc.) | | 24a | Travel | 2,860 |
| 16b | Other | 7,860 | 24b | Deductible meals and entertainment (see page C-6) | 3,344 |
| 17 | Legal and professional services | 600 | 25 | Utilities | 5,286 |
| | | | 26 | Wages (less employment credits) | |
| | | | 27 | Other expenses (from line 48 on page 2) | 3,215 |

| Line | Description | | Amount |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 345,442 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 86,786 |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. • If a loss, you **must** go to line 32. | 31 | 86,786 |

32 If you have a loss, check the box that describes your investment in this activity (see page C-6).
• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you **must** attach Form 6198. Your loss may be limited.

32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk.

**SCHEDULE C (Form 1040)**
Department of the Treasury Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**2007**
Attachment Sequence No. 09

Name of proprietor: BRETT C SHUMATE
Social security number (SSN): -6294

A Principal business or profession, including product or service (see page C-2 of the instructions): MOBILE PHONE SALES
B Enter code from pages C-8, 9, & 10 ▶ 454390
C Business name. If no separate business name, leave blank.: 7301 NW EXPRESSWAY STE 200
D Employer ID number (EIN), if any:
E Business address (including suite or room no.) ▶ 2340 STEEPLE CHASE RD
City, town or post office, state, and ZIP code: OKLAHOMA CITY OK 73132
F Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶
G Did you "materially participate" in the operation of this business during 2007? If "No," see page C-3 for limit on losses . . . [X] Yes [ ] No
H If you started or acquired this business during 2007, check here ▶ [ ]

## Part I Income

| | | Line | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ [ ] | 1 | 401,284 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 401,284 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 401,284 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 401,284 |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| | | Line | Amount | | | Line | Amount |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense | 18 | 4,314 |
| 9 | Car and truck expenses (see page C-4) | 9 | 14,186 | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see page C-5): | | |
| 11 | Contract labor (see page C-4) | 11 | 196,889 | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | 10,200 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | 42,941 | 21 | Repairs and maintenance | 21 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 22 | Supplies (not included in Part III) | 22 | |
| 15 | Insurance (other than health) | 15 | 2,163 | 23 | Taxes and licenses | 23 | 2,363 |
| 16 | Interest: | | | 24 | Travel, meals, and entertainment: | | |
| a | Mortgage (paid to banks, etc.) | 16a | | a | Travel | 24a | 3,418 |
| b | Other | 16b | 6,983 | b | Deductible meals and entertainment (see page C-6) | 24b | 4,156 |
| 17 | Legal and professional services | 17 | 400 | 25 | Utilities | 25 | 1,980 |
| | | | | 26 | Wages (less employment credits) | 26 | |
| | | | | 27 | Other expenses (from line 48 on page 2) | 27 | 63,800 |

| | | Line | Amount |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 353,793 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 47,491 |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (statutory employees, see page C-7). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32. | 31 | 47,491 |

32 If you have a loss, check the box that describes your investment in this activity (see page C-7).
• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (statutory employees, see page C-7). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198. Your loss may be limited.

32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk.

**SCHEDULE C (Form 1040)**
Department of the Treasury Internal Revenue Service (99)

# Profit or Loss From Business

**(Sole Proprietorship)**

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**2008**
Attachment Sequence No. 09

Name of proprietor: BRETT C SHUMATE
Social security number (SSN): -6294

A Principal business or profession, including product or service (see page C-3 of the instructions): MOBILE PHONE SALES
B Enter code from pages C-9, 10, & 11: ▶ 454390
C Business name. If no separate business name, leave blank. 7301 NW EXPRESSWAY STE 200
D Employer ID number (EIN), if any
E Business address (including suite or room no.) 2340 STEEPLE CHASE RD
City, town or post office, state, and ZIP code OKLAHOMA CITY OK 73132
F Accounting method: (1) [x] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶
G Did you "materially participate" in the operation of this business during 2008? If "No," see page C-4 for limit on losses [x] Yes [ ] No
H If you started or acquired this business during 2008, check here ▶ [ ]

## Part I Income

| Line | Description | No. | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. See page C-4 and check the box if: • This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-4 for limit on losses. ▶ [ ] | 1 | 226,504 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 226,504 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 226,504 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 226,504 |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| Line | Description | No. | Amount | Line | Description | No. | Amount |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 1,180 | 18 | Office expense | 18 | 2,140 |
| 9 | Car and truck expenses (see page C-5) | 9 | 8,751 | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see page C-6): | | |
| 11 | Contract labor (see page C-5) | 11 | 74,984 | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | 10,800 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) | 13 | 41,464 | 21 | Repairs and maintenance | 21 | 488 |
| | | | | 22 | Supplies (not included in Part III) | 22 | 1,023 |
| | | | | 23 | Taxes and licenses | 23 | 87 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | 2,963 |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Deductible meals and entertainment (see page C-7) | 24b | 1,684 |
| 15 | Insurance (other than health) | 15 | 490 | 25 | Utilities | 25 | 3,826 |
| 16 | Interest: | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 | Other expenses (from line 48 on page 2) | 27 | 8,182 |
| b | Other | 16b | 6,943 | | | | |
| 17 | Legal and professional services | 17 | 300 | | | | |

| Line | Description | No. | Amount |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 ▶ | 28 | 165,305 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 61,199 |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see page C-7). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | 31 | 61,199 |

32 If you have a loss, check the box that describes your investment in this activity (see page C-8).
• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on **Form 1041, line 3.**
• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk.