B8 (Official Form 8) (12/08)

# United States Bankruptcy Court
## Western District of Oklahoma

IN RE: Shumate, Brett Clifton & Shumate, Susan Leigh
Debtor(s)

Case No. **09-11678**
Chapter **7**

## AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

### Property No. 1

| Creditor's Name: Chase | Describe Property Securing Debt: 2007 GMC Yukon VIN: 1GKFK13017R163918 |
|---|---|

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

### Property No. 2 (if necessary)

| Creditor's Name: Chase Auto | Describe Property Securing Debt: 2008 Dodge Ram pickup VIN: 1D7HA18258S600014 |
|---|---|

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

### Property No. 1

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |
|---|---|---|

### Property No. 2 (if necessary)

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |
|---|---|---|

**1** continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: **May 11, 2009**

**/s/ Brett Shumate**
Signature of Debtor

**/s/ Susan L Shumate**
Signature of Joint Debtor

# AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Countrywide | **Describe Property Securing Debt:**<br>Debtors' residence  Legal description: Lot Sixteen (16), in B |
| Property will be *(check one)*:<br>☑ Surrendered    ☐ Retained<br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br>Property is *(check one)*:<br>☐ Claimed as exempt    ☑ Not claimed as exempt | |

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Internal Revenue Service | **Describe Property Securing Debt:** |
| Property will be *(check one)*:<br>☐ Surrendered    ☑ Retained<br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☑ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br>Property is *(check one)*:<br>☐ Claimed as exempt    ☑ Not claimed as exempt | |

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Keybank Na | **Describe Property Securing Debt:**<br>Baja 29 ft power boat and trailer VIN 117524IM0AGC56029A2 |
| Property will be *(check one)*:<br>☑ Surrendered    ☐ Retained<br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br>Property is *(check one)*:<br>☐ Claimed as exempt    ☑ Not claimed as exempt | |

## PART B – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet ___1 of ___1

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
Western District of Oklahoma

IN RE:

Shumate, Brett Clifton & Shumate, Susan Leigh
Debtor(s)

Case No. 09-11678

Chapter 7

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Amended Chapter 7 Statement of Intention**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this __11th__ day of __May__, __2009__.

/s/ James E. McCright
James E. McCright 10393
James E. McCright
Attorney at Law
3721 N Classen Blvd
Oklahoma City, OK 73118
(405) 524-6789  Fax: (405) 524-0007

Brett Clifton Shumate
2340 Steeplechase Rd
Edmond, OK 73034

Susan Leigh Shumate
2340 Steeplechase Rd
Edmond, OK 73034

American General Finan
7608 N May Ave
Oklahoma City, OK 73116

Bank Of America
Pob 17054
Wilmington, DE 19884

Chase
201 N Walnut St # De1-10
Wilmington, DE 19801

Chase
Bank One Card Serv 800 Brooksedge Blv
Westerville, OH 43081

Chase Auto
14800 Frye Road
Fort Worth, TX 76155

Countrywide
450 American St Credit Reporting S
Simi Valley, CA 93065

Gemb/lowes
Po Box 981400
El Paso, TX 79998

Internal Revenue Service
55 N Robinson Ave
Oklahoma City, OK 73102-9226

IRS
Austin, TX 73301

Keybank Na
Po Box 94825
Cleveland, OH 44101

Nelnet Lns
Po Box 1649
Denver, CO 80201

Joel Hall
210 Park Ave
3030 Oklahoma Tower
Oklahoma City, OK 73102

Herbert Graves
US Trustee
215 Dean A McGee, 4th Fl
Oklahoma City, OK 73102

Witney D. Petty
Kivell, Rayment & Francis
Triad Center I, Ste 240
7666 East 61st
Tulsa, OK 74133

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only