UNITED STATES BANKRUPTCY COURT
Western DISTRICT OF Oklahoma
Oklahoma City DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-11678 |
| | | CHAPTER 7 |
| | § | |
| | | T. M. Weaver |
| | § | |
| Brett Clifton Shumate | | |
| Susan Leigh Shumate | § | REQUEST FOR NOTICE |
| | | FOR CREDITOR (DYCK-O'NEAL) |

Comes now a party in interest, Dyck-O'Neal, Inc., and respectfully requests notice in the above identified case.

Please send all future notices to the following address:

        Dyck-O'Neal, Inc.
        P.O. Box 13370
        Arlington, TX  76094

Respectfully submitted,

/s/ Alison V. Hernandez
Dyck-O'Neal, Inc.
Bankruptcy Dept.
P.O. Box 13370
Arlington, TX  76094
(800) 418-9401

Electronic or mailed copies to:

Joel C. Hall
210 Park Avenue
3030 Oklahoma Tower
Oklahoma City, OK 73102

James Ellwod McCright
3721 N Classen Blvd

Oklahoma City, OK 73118

135462020